

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LINO CUETO MONTILLA,<br><br>Defendant. | Case No. 1:24-cr-72<br><br>Count 1: Maintaining Drug-Involved Premises (21 U.S.C. § 856) |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE

(*Maintaining Drug-Involved Premises*)

Beginning in or around January 2016, and continuing through in or around September 2020, within the Eastern District of Virginia, the defendant, LINO CUETO MONTILLA, did knowingly, intentionally, and unlawfully use and maintain premises associated with Fairfax Pain Clinic for the purpose of distributing Schedule II controlled substances outside the usual course of professional practice and without a legitimate medical purpose.

(In violation of Title 21, United States Code, Section 856(a)(1))

## NOTICE OF FORFEITURE

1.      Defendant LINO CUETO MONTILLA, if convicted of the violation alleged in this Information, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

   a. Any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violation;

   b. Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation; and

   c. any firearm or ammunition involved in or used in the violation.

2.      If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

3.      The property subject to forfeiture includes, but is not limited to, a money judgment in the amount of not less than $375,000, representing the proceeds the defendant obtained from the offense charged in this Criminal Information.

(All in accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; Title 28, United States Code, Section 2461(c); and Fed. R. Crim. P. 32.2(a))

Jessica D. Aber
United States Attorney

By:      /s/
Zoe Bedell
Assistant United States Attorney